UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT FLEMING,

                              Petitioner,

                -against-                                    20-CV-6026 (LLS)

THE ATTORNEY GENERAL OF THE                      CIVIL JUDGMENT
STATE OF NEW YORK,

                              Respondent.

Pursuant to the order issued November 25, 2020, dismissing the petition,

IT IS ORDERED, ADJUDGED, AND DECREED that the petition is dismissed as time-barred.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated:   November 25, 2020
         New York, New York

                                          _Louis L. Stanton_
                                          Louis L. Stanton
                                          U.S.D.J.